```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

BILLY GENE KEYES                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:13-cv-222-DCB-MTP

FRANK SHAW, ET AL.                                           DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed without prejudice for failure to prosecute and to comply with the Court's orders.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u>  18th  </u> day of February, 2015.

<u>  s/David Bramlette          </u>
UNITED STATES DISTRICT JUDGE